| PROB 22 (Rev. 1/2023) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 21-00185-001 |
| --- | --- | --- |
| | | DOCKET NUMBER *(Rec. Court)* **2:23CR441 (ES)** |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: **William So** | DISTRICT New Jersey | DIVISION |
| --- | --- | --- |
| | NAME OF SENTENCING JUDGE Diane Gujarati | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 03/02/2023 — TO 03/01/2025 |

**OFFENSE**

18:1704.F, Keys Or Locks Stolen Or Reproduced; 18:371.F, Conspiracy To Defraud The United States

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

---

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Eastern District of New York

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of New Jersey upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

5/26/23
*Date*

/s/ Diane Gujarati
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of New Jersey

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/7/23
*Effective Date*

*United States District Judge*